**MANDATE**

E.D.N.Y. - Bklyn
09-cr-159
Matsumoto, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand fifteen.

Present:

> Amalya L. Kearse,
> Rosemary S. Pooler,
> Christopher F. Droney,
> > *Circuit Judges*.

United States of America,

> *Appellee*,

v.                                                                                                            14-3377

Harry K. Kahale, et al.,

> *Defendants*,

Mitchell Reisman,

> *Defendant-Appellant.*

Appellant, pro se, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellant has not demonstrated that he is indigent. *See* 28 U.S.C. § 1915(a)(1); Annual Update of the Department of Health and Human Services Poverty Guidelines, 80 Fed. Reg. 3236-03 (Jan. 22, 2015). Appellant is directed to pay the filing fee within 30 days of entry of this order or the appeal will be dismissed.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/11/2015