**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

CORNERSTONE COMMERCE CENTER
1201 NEW ROAD, SUITE 212
LINWOOD, NJ
(609) 867-7110
FAX: (609) 867-7118

December 15, 2015

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: REISMAN, MITCHELL**
**DKT NO: 09-CR-159**
**RESPONSE TO OFFENDER'S REQUEST FOR EARLY TERMINATION**

Dear Judge Matsumoto:

This letter is in response to the offender's request for early termination from supervision. The offender commenced his term of supervision on October 31, 2013. He currently resides in Long Beach Township, New Jersey, and he has maintained continued employment in sales with Gyllton LLC. In January 2015, the offender's supervision was transferred to our Low Intensity Caseload, which is an administrative caseload for low-risk offenders. Mr. Reisman's supervision was transferred to this caseload due to his continued compliance with the conditions of supervision; his case was deemed appropriate for low-activity supervision.

Since the offender has received the benefit of administrative supervision, which has been minimally invasive to him, we are of the position that he can remain at this low supervision level through case expiration in October 2016. This will allow the Probation Office the opportunity for continued monitoring via electronic reporting, as well as periodic criminal record inquiries to monitor for any law enforcement contact. Furthermore, the offender has not set forth any exceptional or extraordinary circumstances warranting early termination of supervised release, a ruling that the Courts in the Third Circuit have generally followed. Lastly, the offender continues to owe over one million dollars in restitution. Continued supervision allows the Probation Office to have ongoing monitoring of his payments.

We hope this information is helpful to Your Honor in making your determination regarding the offender's request. Should Your Honor wish to discuss this matter further, please do not hesitate to contact the undersigned at 609-867-7112 (office) or 609-638-6596. Thank you.

Very truly yours,

Barbara R. Kerrigan
Supervising U.S. Probation Officer

/brk